UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-264 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RYAN TICHY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Social Security Fraud; Aggravated Identity Theft

<u>Date of Detention Hearing</u>:    June 10, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is alleged to have committed the charged offenses while on probation for similar identity charges. Supervised release revocation proceedings are pending in this court.

DETENTION ORDER                                                                                                        15.13
18 U.S.C. § 3142(i)                                                                                                   Rev. 1/91
PAGE 1

01   Defendant has been ordered detained on the charged violations.

02      2.      Defendant was not interviewed by Pretrial Services. Some of his background
03 information is not verified. The defendant does not contest detention.

04      3.      Defendant poses a risk of nonappearance due to a history of using illegal
05 substances, pending supervised release revocation proceedings, and lack of verification of
06 background information. He poses a risk of danger due to use of illegal substances and criminal
07 history.

08      4.      There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
10 to other persons or the community.

11 It is therefore ORDERED:

12    (1)    Defendant shall be detained pending trial and committed to the custody of the
13        Attorney General for confinement in a correction facility separate, to the extent
14        practicable, from persons awaiting or serving sentences or being held in custody
15        pending appeal;

16    (2)    Defendant shall be afforded reasonable opportunity for private consultation with
17        counsel;

18    (3)    On order of a court of the United States or on request of an attorney for the
19        Government, the person in charge of the corrections facility in which defendant is
20        confined shall deliver the defendant to a United States Marshal for the purpose of
21        an appearance in connection with a court proceeding; and

22    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 2

01        counsel for the defendant, to the United States Marshal, and to the United States

02        Pretrial Services Officer.

03    DATED this 10th day of June, 2008.

04

05                                          /s/ Mary Alice Theiler
                                            Mary Alice Theiler
06                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                       Rev. 1/91
PAGE 3